**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MATTHEW A. MILLER, individually and as representative of a class of participants and beneficiaries of the Pfizer Savings Plan, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-594 |
| PFIZER INC., | Judge Paul L. Maloney |
| and | Magistrate Judge Ray Kent |
| BOARD OF DIRECTORS OF PFIZER INC., | |
| and | **Oral Argument Requested** |
| THE SAVINGS PLAN COMMITTEE OF PFIZER INC., | |
| Defendants. | |

**DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Pfizer Inc., Board of Directors of Pfizer Inc., and the Savings Plan Committee of Pfizer Inc. ("Defendants"), through their undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Amended Complaint (ECF No. 12). Defendants respectfully request that the Court grant this Motion for the reasons set forth in the accompanying brief.

Pursuant to L. Civ. R. 7.1(d), Defendants' counsel, Benjamin I. Friedman, in good faith sought concurrence in the relief requested in this motion from counsel for Plaintiff Mathew A. Miller via e-mail on September 18, 2023. Plaintiff's counsel opposed the requested relief.

Dated: September 19, 2023

Respectfully submitted,

By:  /s/ James R. Bruinsma

Mark B. Blocker
Benjamin Friedman
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
mblocker@sidley.com
benjamin.friedman@sidley.com

James R. Bruinsma (P48531)
McShane & Bowie
99 Monroe Avenue, NW
Suite 1100
Grand Rapids, MI 49503
Telephone: (616) 732-5000
jrb@msblaw.com

*Attorneys for Defendants*