UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW A. MILLER,    )<br>        Plaintiff,    )<br>                )   No. 1:23-cv-594<br>v.            )<br>                )   Honorable Paul L. Maloney<br>PFIZER, INC., *et al.*,    )<br>        Defendants.    )<br>                ) | |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 17, 2024                  /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge